UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-36507 |
| Sherron Graves ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

**Order Dismissing For Denial of Cofirmation**

It Is Hereby Ordered:

1. The case is dismissed pursuant to 11 U.S.C. Section 1307(c).



Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 16, 2018

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532